ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP - 7 2006

CLERK, U.S. DISTRICT COURT
By _____
  Deputy

| | |
|---|---|
| LEO J. DUTIL, Derivatively and on Behalf of Nominal Defendant MICHAELS STORES, INC., <br><br> Plaintiff, <br><br> v. <br><br> R. MICHAEL ROULEAU, BRYAN M. DeCORDOVA, DUANE E. HIEMENZ, RICHARD C. MARCUS, THOMAS C. DeCARO, JAMES F. TUCKER, EDWARD F. SADLER, CHARLES J. WYLY, SAM WYLY, RICHARD E. HANLON, LIZ MINYARD, and ROBERT M. SPENCER, <br><br> Defendants, <br><br> MICHAELS STORES, INC., <br><br> Nominal Defendant. | § § § § § § § § § § § § § § § § § § § § § § § § Civil Action No. 3:03-CV-2061-M |

## ORDER

Before the Court are Plaintiff's "Unopposed Notice of Dismissal Without Prejudice," filed August 31, 2006, and Plaintiff's "Response to Movant Anderson's Notice of Related Cases," filed September 1, 2006. Having considered these filings, the Court DISMISSES without prejudice Civil Action Number 3:03-CV-2061-M.

**SO ORDERED.**

September 7, 2006.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

# CASE CLOSED

**CASE NUMBER:** 3:03-CV-2061-M

**DATE:** 09/07/06

**TRIAL:  YES** _____   **NO** __X__